STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

David John Calogero
David J. Calogero, APLC
202 Magnate Dr.
Lafayette LA 70508

Judgment on rehearing rendered and mailed to all parties or counsel of record on May 13, 2026

**REHEARING ACTION: May 13, 2026**

**Docket Number: 25   00522-CA**

**FRANK J. CULOTTA, M.D.**
**VERSUS**
**ACADIANA PEST CONTROL, INC.**

**Appealed from Lafayette Parish Case No. C-20224287**

**BEFORE JUDGES:**

   **Hon. Candyce G. Perret**
   **Hon. Gary J. Ortego**
   **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Frank J. Culotta, M.D.** has this day been

   **DENIED.**

cc: Paul D. Hale, Counsel for the Appellee
    Joseph A. Devall, Jr., Counsel for the Appellee
    Larry Dewayne Dyess, Counsel for the Appellee
    Kathryn S. Landry, Counsel for the Appellee
    John Steven Garner, Counsel for the Appellee
    Kari M. Rosamond, Counsel for the Appellee
    Jason K. Elam, Counsel for the Appellee
    Lee Ziffer, Counsel for the Appellee
    Larry E. Mobley, Counsel for the Appellee
    Michael R. Denton, Counsel for the Appellee